```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 47369
    LEANNA BARNES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-0542


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/10/2005 and was confirmed 12/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.61% from remaining funds.

     The case was paid in full 10/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE C  CURRENT MORTG       .00             .00             .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG       .00             .00             .00
BANK ONE                  UNSECURED      NOT FILED            .00             .00
FREEDMAN ANSELMO & LINDB  NOTICE ONLY    NOT FILED            .00             .00
BUDS AMBULANCE SERVICE    UNSECURED         379.50            .00          131.34
DEPENDON COLLECTION SE    NOTICE ONLY    NOT FILED            .00             .00
CAPITAL ONE               UNSECURED        3608.75            .00         1248.92
ASSOCIATED RECOVERY SYST  NOTICE ONLY    NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED      NOT FILED            .00             .00
CARDIAC CONSULTING GROUP  UNSECURED      NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED        4077.65            .00         1411.19
NCO FINANCIAL SYSTEMS     NOTICE ONLY    NOT FILED            .00             .00
CITIBANK                  UNSECURED      NOT FILED            .00             .00
ASSOCIATED RECOVERY SYST  NOTICE ONLY    NOT FILED            .00             .00
CROSS COUNTRY BANK        UNSECURED      NOT FILED            .00             .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY    NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1098.73            .00          380.25
MIDLAND CREDIT MANAGEMEN  UNSECURED OTH    818.84             .00          283.35
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED            .00             .00
PRIMARY HEALTHCARE ASSOC  UNSECURED      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        2187.41            .00          757.02
PORTFOLIO RECOVERY ASSOC  NOTICE ONLY    NOT FILED            .00             .00
SOUTHWEST LABORATORY      UNSECURED      NOT FILED            .00             .00
SUBURBAN EMERGENCY MEDIC  UNSECURED      NOT FILED            .00             .00
VILLAGE OF HAZEL CREST    UNSECURED      NOT FILED            .00             .00
SELECT PORTFOLIO SERVICI  SECURED NOT I      .00              .00             .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT   194.00              .00          194.00
HOUSEHOLD BANK            UNSECURED        2250.81            .00          778.96
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                          498.97
DEBTOR REFUND             REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 47369 LEANNA BARNES
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 8,384.00  |               |
| PRIORITY             |           | 194.00        |
| SECURED              |           | .00           |
| UNSECURED            |           | 4,991.03      |
| ADMINISTRATIVE       |           | 2,700.00      |
| TRUSTEE COMPENSATION |           | 498.97        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 8,384.00  | 8,384.00      |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 01/28/09                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE